UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

St. Paul Fire and Marine Insurance Company,
a Minnesota corporation,

Plaintiff,

v.

Continental Casualty Company,
an Illinois corporation,

Defendant.

Case No.: 00-CV-5 72 JRT/FLN

STIPULATION REMANDING CASE TO STATE COURT

On March 8, 2000, Defendant Continental Casualty Company removed this matter from state court to federal court, believing that the amount in controversy exceeded $75,000. Defendant later discovered that the amount in controversy is only $72,000. Accordingly, the amount in controversy requirement of diversity jurisdiction is not met. Defendant and Plaintiff hereby stipulate to remand this action to state court.

Dated: March 9, 2000

Jeffrey M. Thompson, MNSB#197245
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(*Counsel to Defendant*)

Dated: March 13, 2000

Bethany K. Culp, MNSB#154891
Jeffrey Diebel, MNSB#0273508
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza 7 Building
45 South Seventh Street
Minneapolis, MN 55402
(*Counsel to Plaintiff*)

FILED MAR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED:

Dated: March 28, 2000

Honorable John R. Tunheim
Judge, United States District Court